In the Matter of the Claim of VIOLET P. STAPLETON, Respondent, against KEENAN, GIFFORD AND LUNN APARTMENT HOUSE COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued October 2, 1934; decided October 16, 1934.)

*Robert C. Winchell* for appellants.

*John J. Bennett, Jr., Attorney-General (H. A. Robichon* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.